# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143169 & (158)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WHITESELL INTERNATIONAL
CORPORATION,
      Plaintiff/Counter-Defendant/
      Appellant,

v

WILLIAM WHITAKER,
      Defendant/Counter-Plaintiff/
      Appellee,
and

MRC INDUSTRIAL GROUP, INC.,
      Defendant,
and

PIERCETEK, INC.,
      Defendant/Counter-Plaintiff.

SC: 143169
COA: 287569
Wayne CC: 05-518716-CZ

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 20, 2011 order of the Court of Appeals is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

t1114